UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

CIVIL COURTROOM MINUTES - GENERAL

**Case No.** 3:11-cv-177     **At** Knoxville     **Date** 6/12/2013

**Style**     John T. O'Barr     **vs**     United Parcel Service, Inc.

**PRESENT: HONORABLE LEON JORDAN UNITED STATES DISTRICT JUDGE**

| Jason Huffaker | Tiffany Ashton (Miller & Miller) |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLTF:**     **ATTORNEYS PRESENT FOR DEFT:**
Dale J. Montpelier     Waverly D. Crenshaw, Jr.
Katherine A. Young     John E. B. Gerth

**PROCEEDINGS: Final Pretrial Conference.** The court advised parties of jury selection and trial procedures. Jury trial remains scheduled for June 17, 2013 at 8:45 a.m. in Courtroom 1A before the Honorable Leon Jordan, United States District Judge.

Time    1:40 p.m.    **to**    1:55 p.m.