IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

JOHN T. O'BARR, )
)
    Plaintiff, )
)
v. ) No. 3:11-CV-177
)
UNITED PARCEL SERVICE, INC., )
)
    Defendant. )

## Verdict Form

We, the members of the jury, find unanimously from a preponderance of the evidence as follows:

**ACCOMMODATION**

1. Do you find for the plaintiff John O'Barr on the religious accommodation claim brought under Title VII of the Civil Rights Act of 1964 ("Title VII")?

    Yes_____        No ✓

2. Do you find for the plaintiff John O'Barr on the religious accommodation claim brought under the Tennessee Human Rights Act ("THRA")?

    Yes_____        No ✓

## RETALIATION

3. Did UPS retaliate against Mr. O'Barr because he requested a religious accommodation regarding his observance of the Sabbath in violation of Title VII?

Yes_____                              No___✓___

4. Did UPS retaliate against Mr. O'Barr because he requested a religious accommodation regarding his observance of the Sabbath in violation of the THRA?

Yes_____                              No___✓___

## DISCRIMINATION

5. Do you find for the plaintiff John O'Barr on the religious discrimination claim brought under Title VII?

Yes_____                              No___✓___

6. Do you find for the plaintiff John O'Barr on the religious discrimination claim brought under the THRA?

Yes_____                              No___✓___

*If you answered "No" to questions 1-6, stop here, sign and date the verdict form, and notify the court that you are finished. If you answered "Yes" to any of questions 1-6, proceed to questions 7 and 8.*

2

## DAMAGES

7. What amount of damages for lost wages or back pay and benefits, if any, should be awarded to Mr. O'Barr?

$_____

8. What amount of damages for embarrassment and humiliation and inconvenience, if any, should be awarded to Mr. O'Barr?

$_____

SO SAY WE ALL.

**SIGNATURE REDACTED**

Dated: 6/17/15

3