United States District Court

**EASTERN** DISTRICT OF **TENNESSEE**

JOHN T. O'BARR  JUDGMENT IN A CIVIL CASE
    Plaintiff,

                V.

UNITED PARCEL SERVICE, INC.  CASE NUMBER: 3:11-CV-177
    Defendant.

[X]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the jury unanimously finds by a preponderance of the evidence that the Plaintiff, John O'Barr, is not entitled to recover any damages from the Defendant, United Parcel Service, Inc., and shall therefore take nothing from the Defendant.

    July 12, 2013                                 Debra C. Poplin, Clerk
Date

                                                                By  s/ Jason Huffaker,    Deputy Clerk